

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10606

August 5, 2024

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
White Plains, New York 10601

    Re:    *United States v. Miguel Moore*, 24 Mag. 1774

Dear Judge Krause:

    The Government respectfully requests that the Court unseal the Complaint in the above-referenced case, 24 Mag. 1774, as the defendant has been taken into federal custody.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By: */s/ David A. Markewitz*
        David A. Markewitz
        Assistant United States Attorney
        (914) 993-1920

APPLICATION GRANTED.

Dated: August 5, 2024

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge